## Nazareth Foundry & Machine Company, Appellant, v. Marshall Machinery & Supply Company et al. (No. 2).

Argued April 30, 1917. Appeal, No. 217, Jan. T., 1916, by plaintiff, from judgment of C. P. Northampton Co., Dec. T., 1914, No. 38, on directed verdict for defendant, in case of Nazareth Foundry and Machine Company v. Marshall Machinery and Supply Company, Frank J. Marshall, William B. Marx and Josephine W. Marx. Before BROWN, C. J., MESTREZAT, MOSCHZISKER, FRAZER and WALLING, JJ. Reversed.

Assumpsit on a bond. Before McKEEN, J.

The facts appear in Nazareth Foundry & Machine Co. v. Marshall Machinery & Supply Co. et al., 258 Pa. 558.

Verdict for defendant by direction of the court and judgment thereon. Plaintiff appealed.

*Errors assigned* were in directing a verdict for defendant, in refusing to enter judgment for plaintiff n. o. v., answers to points and rulings on evidence.

*W. H. Kirkpatrick,* of *Kirkpatrick & Maxwell,* for appellant.

*Edw. J. Fox,* with him *Jas. W. Fox* and *F. B. McAlee,* for appellee.

OPINION BY MR. JUSTICE MESTREZAT, June 30, 1917:

This is an action of assumpsit to recover the price of two Marshall Paper-Making Machines, and was brought on the contract involved in the case between the same parties in which we herewith file an opinion. For the reasons there stated, the judgment in this case is reversed, and a new venire is awarded.